IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> MASSACHUSETTS ELEPHANT & CASTLE GROUP, INC., <br><br> Debtors. | Chapter 11 <br><br> Case No. 11-_____ ( ) <br><br> Jointly Administered |

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Attached hereto is a consolidated list of the creditors holding the 30 largest unsecured claims against the above captioned debtor and the affiliated cases listed in Annex A. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of their collateral is such that their unsecured deficiency places such creditor among the holders of the 30 largest unsecured claims[1]

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Dated: June 28, 2011

_____
Keith A. Radford
Chief Financial Officer

---

[1] Note: the amounts listed herein are submitted for compliance with Fed. R. Bankr. P. 1007(d) and are not an admission of liability by any Debtor.

| Name of Creditor and Complete Mailing Address, Including Zip Code | Name, Telphone Number and Complete Mailing Address Including Zip Code, Of Employee, Agent Or Department Of Creditor Familiar With | Nature Of Claim | (C) Contigent (U) Unliquidated (D) Disputed (S) Subject to setoff | Amount Of Claim Of Secured, Also State Value Of Security |
|---|---|---|---|---|
| Office of Tax and Revenue - Washington DC<br>1101 4th Street, SW<br>Washington, D.C. 20024 | Attention: Insolvency Department<br>Phone: 202-727-4829<br>Fax: 202-442-6890 | Taxes | | $622,688.31 |
| RECEIVER GENERAL<br>Canada Customs And Rev Agency<br>875 Heron Rd - Tech Centre<br>Ottawa ON K1A 1B1 | Attention: Mark McDonald<br>Phone: 604-691-4304<br>Fax: | Taxes | | $580,119.27 |
| ILLINOIS DEPARTMENT OF REVENUE<br>P.O. BOX 19006<br>SPRINGFIELD IL 62794-9006 | Attention: Insolvency Department<br>Phone: 800-732-8866<br>Fax 312-793-3841 | Taxes | | $465,065.42 |
| US FOODSERVICE<br>DEPARTMENT 01676<br>BOX 39000<br>SAN FRANCISCO CA 94139-1676 | Attention: Legal Department<br>Phone: 847-720-8000<br>Fax: 847-720-2345 | Trade | | $310,633.48 |
| OPTIMUM MECHANICAL SOLUTIONS<br>42 ANTARES DRIVE UNIT #114<br>Ottawa ON K2E 7Y4 | Attention: Legal Department<br>Phone: 613-228-9500<br>Fax: 613-228-9218 | Trade | | $251,965.31 |
| GFS CANADA, INC<br>2999 James Snow Parkway North<br>Milton, Ontario L9T 5G4 | Attention: Legal Department<br>Phone: 905-864-3700<br>Fax: 905-864-3843 | Trade | | $382,462.39 |
| Ogilvy Renault<br>200 Bay Street, PO Box 84<br>Suite 3800<br>Toronto ON M5J 2Z4 | Attention: Accounting Dept<br>Phone: 416-216-4000<br>Fax: 416-216-3930 | Trade | | $165,491.90 |
| MASSACHUSETTS DEPT. OF REVENUE<br>P.O. BOX 7021<br>BOSTON, MA 02204 | Attention: Matthew Jones<br>Phone 617-887-6400<br>Fax: 617-626-3796 | Taxes | | $100,050.00 |
| CENTENNIAL FOOD SERVICE<br>#108 - 12759 VULCAN WAY<br>RICHMOND BC V6V 3C8 | Attention: Legal Department<br>Phone: 604-273-5261<br>Fax: 604-270-6310 | Trade | | $92,729.76 |

| Name of Creditor and Complete Mailing Address, Including Zip Code | Name, Telphone Number and Complete Mailing Address Including Zip Code, Of Employee, Agent Or Department Of Creditor Familiar With | Nature Of Claim | (C) Contigent (U) Unliquidated (D) Disputed (S) Subject to setoff | Amount Of Claim Of Secured, Also State Value Of Security |
|---|---|---|---|---|
| LYNX LOGISTICS LIMITED' 6 LAMBE'S LANE ST. JOHN'S NL A1B 4E9 | Attention: John Morgan Phone: 709-576-6776 Fax: 709-576-6777 | Trade | | $79,754.92 |
| California Sales Tax State Board of Equalization MIC; 55 P.O. Box 942879 Sacramento, CA 94279 | Fax: 916-327-0615 | Taxes | | $66,811.10 |
| WOLF & COMPANY, P.C. 99 HIGH ST BOSTON, MA 02110-2320 | Attention: Accounts Receivable Phone: 617-439-9700 Fax: 617-542-0400 | Trade | | $64,500.00 |
| SERVICEMASTER DISASTER c/o Mark E. Alexander Chomicki Baril Mah LLP 1201 TD Tower 10088-102 Avenue Edmonton, AB T5J 4K2 | Attention: Mark E. Alexander Phone: 780-423-3441 Fax: 780-420-1763 | Trade | | $53,883.72 |
| DALMARES PRODUCE, INC. 1314 WEST 21ST STREET CHICAGO, IL 60608 | Attention: Accounting Dept Phone: 312-829-0698 Fax: 312-829-3198 | Trade | | $52,588.89 |
| OCEAN STAR LTD. | Attention: John Siva Phone: 416-299-3200 Fax: 416-299-5699 | Trade | | $44,482.85 |
| PHILADELPHIA CITY TAX P.O. BOX 1670 PHILADELPHIA, PA 19105-1670 | Phone: 215-686-6600 E-mail: revenue@phila.gov | Taxes | | $43,838.24 |
| Oxford Properties Group 803 TD Tower, 10088 102 Avenue N.W. Edmonton City Centre Edmonton, AB T5J 2Z1 | Attention: Olympia Trencevski Phone: 780-426-8464 Fax: 780-441-4700 | Trade | | $37,728.79 |
| D.C. ONE ASSOCIATES 1201 PENNSYLVANIA AVENUE, NW SUITE 240 WASHINGTON, DC 20004 | Attention: Jeffery S. Walsh Phone: 202-347-1182 Fax: 202-683-0144 | Trade | | $29,791.55 |

| Name of Creditor and Complete Mailing Address, Including Zip Code | Name, Telphone Number and Complete Mailing Address Including Zip Code, Of Employee, Agent Or Department Of Creditor Familiar With | Nature Of Claim | (C) Contigent (U) Unliquidated (D) Disputed (S) Subject to setoff | Amount Of Claim Of Secured, Also State Value Of Security |
|---|---|---|---|---|
| RUSSELL FOOD EQUIPMENT LIMITED 1255 Venables Street Vancouver BC V6A3X6 | Attention: Legal Department Phone: 640-253-6601 Fax: 640-253-0807 | Trade | | $26,638.12 |
| HOLIDAY INN ON THE BAY 1355 N. HARBOR DRIVE SAN DIEGO, CA 92101 | Attention: Legal Department Phone: 619-232-3861 Fax: 619-232-4924 | Trade | | $23,444.81 |
| EDWARD DON & COMPANY 2562 PAYSPHERE CIRCLE CHICAGO, IL 60674 | Attention: Credit Department Phone: 800-777-4366 Fax: 708-442-0436 | Trade | | $23,428.09 |
| JOYCE GROUP SERVICES INC  1741 Boundary Rd Unit 100 Vancouver, BC, V5M 3Y7 | Attention: Accounting Phone: 604-420-0022 Fax: 604-420-5108 | Trade | | $21,300.13 |
| Ecolab Ecolab Center 370 N. Wabasha Street St. Paul, Minnesota 55102-2233 | Attention: Legal Department Phone: 651.293.2233 Fax: 651-293-2573 | Trade | | $20,882.92 |
| CENTRAL FOODS CO., LTD. 12160 HORSESHOE WAY RICHMOND BC V7A 4V5 | Attention: Accounting Phone: 604- 271-9797 Fax: 604-271-8380 | Trade | | $20,260.07 |
| WORKPLACE SAFETY & INSURANCE P.O. Box 4115 Station A Toronto ON M5W 2V3 | Attention: Collections Branch Phone: 1-800-387-0750 Fax: 905-521-4203 | Trade | | $20,053.20 |
| CITY OF VANCOUVER 453 WEST 12TH AVENUE VANCOUVER BC V5Y 1V4 | Attention:Insolvency Department Phone: 604-873-7000 Fax: 604-873-7051 | Taxes | | $19,326.71 |
| CINTAS P.O. BOX 9188 BALTIMORE, MD 21222 | Attention: Bankruptcy Departement Phone: 866-455-3572 Fax: 847-883-8138 | Trade | | $19,170.50 |

| Name of Creditor and Complete Mailing Address, Including Zip Code | Name, Telphone Number and Complete Mailing Address Including Zip Code, Of Employee, Agent Or Department Of Creditor Familiar With | Nature Of Claim | (C) Contigent (U) Unliquidated (D) Disputed (S) Subject to setoff | Amount Of Claim Of Secured, Also State Value Of Security |
|---|---|---|---|---|
| PEPCO<br>PO Box 4863<br>Trenton NJ 08650 | Attention: Bankruptcy Section<br>Phone: 202-872-2000<br>Fax: 202-331-6378 | Trade | | $19,106.10 |
| TORONTO HYDRO-ELECTRIC SYSTEM<br>Head Office<br>14 Carlton Street<br>Toronto, Ontario M5B 1K5 | Attention: Legal Department<br>Phone: 416-542-3100<br>Fax: 416-542-3449 | Trade | | $16,680.67 |
| CLUB QUARTERS<br>49 W 45 STREET, 8TH FLOOR<br>NEW YORK, NY 10036 | Attention: Legal Department<br>Phone: (312) 214-6400<br>Fax: (312) 601-3300 | Trade | | $14,796.10 |