**UNTIED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
<u>EASTERN DIVISION</u>**

06/29/2011 GRANTED. ALL OF THE LISTED CASES SHALL BE JOINTLY ADMINISTERED AS REQUESTED.

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| Massachusetts Elephant and Castle Group, Inc. | : | |
| | : | Case No. 11-16155 ( ) |
| Debtor. | : | |
| In re | : | |
| | : | |
| E & C Pub, Inc. | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 11-16158 ( ) |
| | : | |
| In re | : | |
| | : | |
| E & C Eye Street, LLC | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 11-16170 ( ) |
| | : | |
| In re | : | |
| | : | |
| Elephant & Castle (Chicago) Corporation | : | |
| | : | Chapter 11 |
| Debtor. | : | |
| | : | Case No. 11-16160 ( ) |
| | : | |
| In re | : | |
| | : | |
| Elephant & Castle East Huron, LLC | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 11-16161 ( ) |
| | : | |
| In re | : | |
| | : | |
| Elephant & Castle Illinois Corporation | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 11-16162 ( ) |
| | : | |

| | | |
|---|---|---|
| In re | : | |
| Elephant & Castle International, Inc. | : | Chapter 11 |
| Debtor. | : | Case No. 11-16166 ( ) |

| | | |
|---|---|---|
| In re | : | |
| Elephant & Castle of Pennsylvania, Inc. | : | Chapter 11 |
| Debtor. | : | Case No. 11-16167 ( ) |

| | | |
|---|---|---|
| In re | : | |
| Elephant & Castle of Pratt Street, LLC | : | Chapter 11 |
| Debtor. | : | Case No. 11-16168 ( ) |

| | | |
|---|---|---|
| In re | : | |
| Elephant & Castle Group, Inc. | : | Chapter 11 |
| Debtor. | : | Case No. 11-16171 ( ) |

| | | |
|---|---|---|
| In re | : | |
| Elephant & Castle, Inc. (Texas) | : | Chapter 11 |
| Debtor. | : | Case No. 11-16169 ( ) |

| | | |
|---|---|---|
| In re | : | |
| Elephant & Castle Inc. (Washington) | : | Chapter 11 |
| Debtor. | : | Case No. 11-16164 ( ) |

| | | |
|---|---|---|
| In re | : | |
| Elephant & Castle Canada Inc. | : | Chapter 11 |
| Debtor. | : | Case No. 11-16174 ( ) |

| | | |
|---|---|---|
| In re | : | |
| | : | |
| Repechage Investments Limited | : | Chapter 11 |
| | : | |
|       Debtor. | : | |
| | : | Case No. 11-16173 (  ) |
| | : | |

| | | |
|---|---|---|
| In re | : | |
| | : | |
| E & C Capital, LLC | : | Chapter 11 |
| | : | |
|       Debtor. | : | |
| | : | Case No. 11-16157 (  ) |
| | : | |

**MOTION FOR ORDER AUTHORIZING JOINT ADMINISTRATION
OF CHAPTER 11 CASES PURSUANT TO FEDERAL RULE OF
<u>BANKRUPTCY PROCEDURE 1015 AND MLBR 1015-1</u>[1]**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE

      Massachusetts Elephant & Castle Group, Inc. ("Mass E & C"), Repechage Investments Limited ("RIL"), E & C Capital, LLC ("E & C Capital"), E & C Pub, Inc. ("E & C Pub"), E & C Eye Street, LLC ("E & C Eye"), Elephant & Castle (Chicago) Corporation ("E & C Chicago"), Elephant & Castle East Huron, LLC ("E & C East Huron"), Elephant & Castle Illinois Corporation ("E & C Illinois"), Elephant & Castle International, Inc. ("E & C International"), Elephant & Castle of Pennsylvania, Inc. ("E & C Pennsylvania"), Elephant & Castle Pratt Street, LLC ("E & C Pratt"), Elephant & Castle Group Inc. ("E & C Group"), Elephant & Castle, Inc. (Texas) ("E & C Texas"), Elephant & Castle Inc. (Washington) ("E & C Washington"), Elephant & Castle Canada Inc. ("E & C Canada" and together with Mass E & C, RIL, E & C Capital, E &

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Massachusetts Elephant & Castle Group, Inc. (5090), Elephant and Castle of Pennsylvania, Inc. (9152), E&C Pub, Inc. (4001), Elephant & Castle Inc. (Washington) (3988), Elephant & Castle (Chicago) Corporation (5254), Elephant & Castle East Huron, LLC (8642), E&C Capital, LLC (4895), Elephant & Castle Illinois Corporation (2811), E&C Eye Street, LLC (1803), Elephant & Castle International, Inc. (5294), Elephant & Castle Pratt Street, LLC (7898), Elephant & Castle Group Inc. (no U.S. EIN), Elephant & Castle Canada Inc. (no U.S. EIN), Repechage Investments Limited (no U.S. EIN), Elephant & Castle, Inc. (Texas) (no U.S. EIN). The Debtors' corporate offices are located at 50 Congress Street, Suite 900, Boston, MA  02109.