## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 11-16155 |
| MASSACHUSETTS ELEPHANT & | : | |
| CASTLE GROUP, INC., | : | Jointly Administered |
| | : | |
| Debtors. | : | **Ref. Docket Nos. 4-13** |
| | : | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 29, 2011, I caused to be served the:

    a. "Motion of the Debtors for an Order Pursuant to Sections 105, 361, 362, and 363 of the Bankruptcy Code (A) Authorizing Use of Cash Collateral; (B) Granting Adequate Protection; (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001; and (D) Granting Related Relief," dated June 28, 2011 [Docket No. 4], (the "Cash Collateral Motion"),

    b. "Debtors' Motion for Order (I) Authorizing (A) Payment of Pre-Petition Wages, Salaries and Employee Benefits, (B) Reimbursement of Employee Business Expenses, and (C) Payment of Other Employee Related Amounts; and (II) Authorizing Applicable Banks and Other Financial Institutions to Receive, Process, Honor and Pay All Checks and Drafts Drawn on Debtors' Bank Accounts Relating to the Foregoing," dated June 28, 2011 [Docket No. 5], (the "Wage Motion"),

    c. "Debtors' Motion for an Order Authorizing (I) the Debtors to Remit and Pay Certain Taxes and Fees and (II) Financial Institutions to Process and Cash Related Checks and Transfers," dated June 28, 2011 [Docket No. 6], (the "Tax Motion"),

d.  "Debtors' Motion Pursuant to Section 366 of the Bankruptcy Code for Entry of an Order: (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Services for Pre-Petition Invoices; (II) Determining that the Utilities Are Adequately Assured of Post-Petition Payment; and (III) Establishing Procedures for Determining Requests for  Additional Adequate Assurance," dated June 28, 2011 [Docket No. 7], (the "Utilities Motion"),

e.  "Debtors' Motion for Entry of Order Granting (I) Authority to Continue to Use Certain Pre-Petition Bank Accounts, Check Stock and Existing Business Forms, and (II) Waiver of Compliance with Bankruptcy Code Section 345(b) Investment Guidelines," dated June 28, 2011 [Docket No. 8], (the "Bank Motion"),

f.  "Debtors' Motion for Entry of an Order Authorizing the Debtors to Honor Certain Pre-Petition Obligations to Customers and to Otherwise Continue Customer Practices and Programs in the Ordinary Course of Business," dated June 28, 2011 [Docket No. 9], (the "Customer Programs Motion"),

g.  "Debtors' Motion Pursuant to Section 1505 of the Bankruptcy Code for Authorization  of Massachusetts Elephant & Castle Group, Inc. to Act As the Foreign Representative of the Debtors," dated June 28, 2011 [Docket No. 10], (the "Foreign Representative Motion"),

h.  "Debtors' Motion for an Order (I) Authorizing the Debtors to Prepare (A) a Consolidated List of Creditors and (B) a Consolidated List of Debtors' Thirty Largest Unsecured Creditors and (II) Approving the Form and Manner of the Notice of Commencement," dated June 28, 2011 [Docket No. 11], (the "Consolidated Creditors List Motion"),

i.  "Motion for Order Authorizing Joint Administration of Chapter 11 Cases Pursuant to Federal Rule of Bankruptcy Procedure 1015 and MLBR 1015-1," dated June 23, 2011 [Docket No. 12], (the "Joint Administration Motion"),

j.  "Debtors' Motion for Emergency Hearings on First Day," dated June 28, 2011 [Docket No. 13], (the "First Day Hearing Motion"), and

k.  "Notice of Hearing on Debtors' First Day Motions," dated June 29, 2011, annexed hereto as Exhibit A, (the "NOH"),

by causing true and correct copies of the:

i.  Cash Collateral Motion, Wage Motion, Tax Motion, Utilities Motion, Bank Motion, Customer Programs Motion, Foreign Representative Motion, Consolidated Creditors List Motion, Joint Administration Motion First Day Hearing Motion and NOH, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

ii.    Cash Collateral Motion, Wage Motion, Tax Motion, Bank Motion and NOH, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

iii.    Utilities Motion and NOH, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D</u>,

iv.    Tax Motion and NOH, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit E</u>,

v.    Customer Programs Motion and NOH, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit F</u>, and

vi.    NOH, to be delivered via facsimile to those parties listed on the annexed <u>Exhibit G</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

 

Panagiota Manatakis

Sworn to before me this
29th day of June, 2011

Notary Public

```
ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014
```

T:\Clients\MassEle\Affidavits\First Days_DI 4-13_AFF_6-29-11.docx

**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
<u>EASTERN DIVISION</u>**

|  |  |  |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 11-16155 (HJB) |
| MASSACHUSETTS ELEPHANT & | : | |
| CASTLE GROUP, INC., *et al.*,[1] | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | |

**<u>NOTICE OF HEARING ON DEBTORS' FIRST DAY MOTIONS</u>**

     **PLEASE TAKE NOTICE** that a hearing has been scheduled for **9:00 a.m. sharp on June 30, 2011 (the "Hearing")** before the Honorable Henry J. Boroff, United States Bankruptcy Judge, in the Berkshire Courtroom, United States Bankruptcy Court, United States Courthouse, 300 State Street, Springfield, Massachusetts 01105, at which the Court will consider the following motions:

1.  **Motion Of The Debtors For An Order Pursuant To Sections 105, 361, 362, And 363 Of The Bankruptcy Code (a) Authorizing Use Of Cash Collateral; (b) Granting Adequate Protection; (c) Scheduling A Final Hearing Pursuant To Bankruptcy Rule 4001; and (d) Granting Related Relief ("Cash Collateral Motion");**

2.  **Debtors' Motion For Order (i) Authorizing (a) Payment Of Pre-Petition Wages, Salaries And Employee Benefits, (c) Reimbursement Of Employee Business Expenses, And (c) Payment Of Other Employee Related Amounts; And (ii) Authorizing Applicable Banks And Other Financial Institutions To Receive, Process, Honor And Pay All Checks And Drafts Drawn On Debtors' Bank Accounts Relating To The Foregoing ("Payment of Pre-petition Wages, Salaries and Benefits Motion");**

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Massachusetts Elephant & Castle Group, Inc. (5090), Elephant and Castle of Pennsylvania, Inc. (9152), E&C Pub, Inc. (4001), Elephant & Castle Inc. (Washington) (3988), Elephant & Castle (Chicago) Corporation (5254), Elephant & Castle East Huron, LLC (8642), E&C Capital, LLC (4895), Elephant & Castle Illinois Corporation (2811), E&C Eye Street, LLC (1803), Elephant & Castle International, Inc. (5294), Elephant & Castle Pratt Street, LLC (7898), Elephant & Castle Group Inc. (no U.S. EIN), Elephant & Castle Canada Inc. (no U.S. EIN), Repechage Investments Limited (no U.S. EIN), Elephant & Castle, Inc. (Texas) (no U.S. EIN).  The Debtors' corporate offices are located at 50 Congress Street, Suite 900, Boston, MA  02109.

3. **Debtors' Motion For An Order Authorizing (i) The Debtors To Remit And Pay Certain Taxes And Fees And (ii) Financial Institutions To Process And Cash Related Checks And Transfers ("Motion to Remit and Pay Certain Taxes and Fees")**;

4. **Debtors' Motion Pursuant To Section 366 Of The Bankruptcy Code For Entry Of An Order: (i) Prohibiting Utilities From Altering, Refusing Or Discontinuing Services For Pre-Petition Invoices; (ii) Determining That The Utilities Are Adequately Assured Of Post-Petition Payment; And (iii) Establishing Procedures For Determining Requests For Additional Adequate Assurance ("Motion to Continue Utility Services")**;

5. **Debtors' Motion For Entry Of Order Granting (i) Authority To Continue To Use Certain Pre-Petition Bank Accounts, Check Stock And Existing Business Forms, And (ii) Waiver Of Compliance With Bankruptcy Code Section 345(B) Investment Guidelines ("Motion for Continued Use of Pre-petition Bank Accounts and Business Forms")**;

6. **Debtors' Motion For Entry Of An Order Authorizing The Debtors To Honor Certain Pre-Petition Obligations To Customers And To Otherwise Continue Customer Practices And Programs In The Ordinary Course Of Business ("Motion for Customer Practices and Programs")**;

7. **Debtors' Motion Pursuant To Section 1505 Of The Bankruptcy Code For Authorization Of Massachusetts Elephant & Castle Group, Inc. To Act As The Foreign Representative Of The Debtors ("Motion to Act as Foreign Representative")**;

8. **Debtors' Motion for an Order (I) Authorizing the Debtors to Prepare (A) a Consolidated List of Creditors and (B) a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors and (II) Approving the Form and Manner of the Notice of Commencement (the "Creditor List Motion")**; and

9. **Motion for Order Authorizing Joint Administration of Chapter 11 Cases Pursuant to Federal Rule of Bankruptcy Procedure 1015 and MLBR 1015-1 ("Joint Administration Motion")**.


**PLEASE TAKE FURTHER NOTICE** that a copy of any of these pleadings can be found at the website dedicated to these bankruptcy cases which has been established by Epiq Bankruptcy Solutions, LLC, the intended claims, notice and balloting agent for the Debtors. This website address is http://dm.epiq11.com/MassEle.

Dated: June 29, 2011                  ECKERT, SEAMANS, CHERIN &
                                      MELLOTT, LLC

                                      /s/ John G. Loughnane
                                      John G. Loughnane (BBO No. 557599)
                                      Two International Place
                                      16th Floor
                                      Boston, MA 02110-2602
                                      Tel: (617) 342-6800
                                      Fax: (617) 342-6899
                                      Email: jloughnane@eckertseamans.com

                                      Proposed counsel to the Debtors

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| CALIFORNIA SALES TAX | STATE BOARD OF EQUALIZATION MIC; 55 P.O. BOX 942879 SACRAMENTO CA 94279 |
| CENTENNIAL FOOD SERVICE | ATTENTION:  LEGAL DEPARTMENT #108 – 12759 VULCAN WAY RICHMOND BC V6V 3C8 CANADA |
| CENTRAL FOODS CO., LTD. | ATTENTION: ACCOUNTING 12160 HORSESHOE WAY RICHMOND BC V7A 4V5 CANADA |
| CINTAS | ATTENTION:  BANKRUPTCY DEPARTEMENT P.O. BOX 9188 BALTIMORE MD 21222 |
| CITY OF VANCOUVER | ATTENTION: INSOLVENCY DEPARTMENT 453 WEST 12TH AVENUE VANCOUVER BC V5Y 1V4 CANADA |
| CLUB QUARTERS | ATTENTION:  LEGAL DEPARTMENT 49 W 45 STREET, 8TH FLOOR NEW YORK NY 10036 |
| D.C. ONE ASSOCIATES | ATTENTION:  JEFFERY S. WALSH 1201 PENNSYLVANIA AVENUE NW SUITE 240 WASHINGTON DC 20004 |
| DALMARES PRODUCE, INC. | ATTENTION:  ACCOUNTING DEPT 1314 WEST 21ST STREET CHICAGO IL 60608 |
| ECOLAB | ATTENTION:  LEGAL DEPARTMENT ECOLAB CENTER 370 N. WABASHA STREET ST. PAUL MN 55102–2233 |
| EDWARD DON & COMPANY | ATTENTION: CREDIT DEPARTMENT 2562 PAYSPHERE CIRCLE CHICAGO IL 60674 |
| GFS CANADA, INC | ATTENTION:  LEGAL DEPARTMENT 2999 JAMES SNOW PARKWAY NORTH MILTON ON L9T 5G4 CANADA |
| HOLIDAY INN ON THE BAY | ATTENTION:  LEGAL DEPARTMENT 1355 N. HARBOR DRIVE SAN DIEGO CA 92101 |
| ILLINOIS DEPARTMENT OF REVENUE | ATTENTION: INSOLVENCY DEPARTMENT P.O. BOX 19006 SPRINGFIELD IL 62794–9006 |
| JOYCE GROUP SERVICES INC | ATTENTION: ACCOUNTING 1741 BOUNDARY RD UNIT 100 VANCOUVER BC V5M 3Y7 CANADA |
| LATHAM & WATKINS | (COUNSEL TO: GE CANADA EQUIPMENT FINANCING G.P. ATTN: RICHARD LEVY 223 WACKER DRIVE, SUITE 5800 CHICAGO IL 60606 |
| LYNX LOGISTICS LIMITED | ATTENTION:  JOHN MORGAN 6 LAMBE'S LANE ST. JOHN'S NL A1B 4E9 CANADA |
| MASSACHUSETTS DEPT. OF REVENUE | ATTENTION: MATTHEW JONES P.O. BOX 7021 BOSTON MA 02204 |
| MCCARTHY TERAULT LLP | (COUNSEL TO: GE CANADA EQUIPMENT FINANCING G.P.) ATTN: SEAN COLLINS SUITE 3000 421 SEVENTH AVENUE SW CALGARY T2P 4K9 CANADA |
| OFFICE OF TAX AND REVENUE – | WASHINGTON DC ATTENTION: INSOLVENCY DEPARTMENT 1101 4TH STREET, SW WASHINGTON DC 20024 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOHN P. FITZGERALD JOHN W. MCCORMACK POST OFFICE AND COURT HOUSE 5 POST OFFICE SQUARE, SUITE 1000 BOSTON MA 02109–3945 |
| OGILVY RENAULT | ATTENTION:  ACCOUNTING DEPT 200 BAY STREET, PO BOX 84 SUITE 3800 TORONTO ON M5J 2Z4 CANADA |
| OPTIMUM MECHANICAL SOLUTIONS | ATTENTION:  LEGAL DEPARTMENT 42 ANTARES DRIVE UNIT #114 OTTAWA ON K2E 7Y4 CANADA |
| OXFORD PROPERTIES GROUP | ATTENTION:  OLYMPIA TRENCEVSKI 803 TD TOWER, 10088 102 AVENUE N.W. EDMONTON CITY CENTRE EDMONTON AB T5J 2Z1 CANADA |
| PEPCO | ATTENTION:  BANKRUPTCY SECTION PO BOX 4863 TRENTON NJ 08650 |
| PHILADELPHIA CITY TAX | P.O. BOX 1670 PHILADELPHIA PA 19105–1670 |
| PROSKAUER ROSE LLP | (COUNSEL TO: FIFTH STREET CAPITAL LLC) ATTN: STEVEN M. ELLIS ONE INTERNAL PLACE BOSTON MA 02110 |
| RECEIVER GENERAL | ATTENTION:  MARK MCDONALD CANADA CUSTOMS AND REV AGENCY 875 HERON RD – TECH CENTRE OTTAWA ON K1A 1B1 CANADA |
| ROYAL BANK OF CANADA | 180 WELLINGTON STREET, WEST 4TH FLOOR TORONTO ON M5J 1K1 CANADA |
| RUSSELL FOOD EQUIPMENT LIMITED | ATTENTION:  LEGAL DEPARTMENT 1255 VENABLES STREET VANCOUVER BC V6A 3X6 CANADA |
| SERVICEMASTER DISASTER | ATTENTION: MARK E. ALEXANDER CHOMICKI BARIL MAH LLP 1201 TD TOWER 10088–102 AVENUE EDMONTON AB T5J 4K2 CANADA |
| SYSCO SAN DIEGO, INC. | ATTN: SHELLIE DUGAN, DIRECTOR OF CREDIT 12180 KIRKHAM ROAD POWAY CA 92064 |
| TORONTO DOMINION BANK | LINA – LEGAL DEPARTMENT 700 WEST GEORGIA STREET VANCOUVER BC V7Y 1B6 BRITISH COLUMBIA |
| TORONTO HYDRO-ELECTRIC SYSTEM | ATTENTION:  LEGAL DEPARTMENT HEAD OFFICE 14 CARLTON STREET TORONTO ON M5B 1K5 CANADA |
| US FOODSERVICE | ATTENTION:  LEGAL DEPARTMENT DEPARTMENT 01676 PO BOX 39000 SAN FRANCISCO CA 94139–1676 |

| Claim Name | Address Information |
|---|---|
| WOLF & COMPANY, P.C. | ATTENTION:   ACCOUNTS RECEIVABLE 99 HIGH ST BOSTON MA 02110-2320 |
| WORKPLACE SAFETY & INSURANCE | ATTENTION:   COLLECTIONS BRANCH P.O. BOX 4115 STATION A TORONTO ON M5W 2V3 CANADA |

**Total Creditor count  36**

KEITH A. RADFORD, CFO
MASSACHUSETTS ELEPHANT & CASTLE GROUP, INC.
50 CONGRESS STREET, SUITE 900
BOSTON, MA 02109

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| BANK OF AMERICA, N.A. | P.O. BOX 25118 TAMPA FL 33622-5118 |
| CAPITAL ONE | 701 PENNSYLVANIA AVE, NW WASHINGTON DC 20004 |
| CAPITOL ONE | 1717 PENNSYLVANIA AVE, NW WASHINGTON DC 20006 |
| ROYAL BANK OF CANADA | 5161 GEORGE STREET HALIFAX, NS B3J 1M7 CANADA |
| SOVEREIGN BANK | 125 SUMMER STREET BOSTON MA 02110 |
| TD BANK | 1900 MARKET STREET PHILADELPHIA PA 19103 |
| US BANK | P.O. BOX 1800 SAINT PAUL MN 55101-0800 |
| WELLS FARGO | P.O. BOX 63020 SAN FRANCISCO CA 94163 |
| WELLS FARGO BANK,N.A. (114) | P.O. BOX 6995 PORTLAND OR 97228-6995 |
| WELLS FARGO, N.A. (300) | BLOOMINGTON BUSINESS BANKING POST OFFICE BOX B 514 MINNEAPOLIS MN 55479 |

**Total Creditor count  10**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| ALLIED WASTE | 320 CHARGER ST., STE. A REVERE MA 02151 |
| AT&T | P.O. BOX 769 BANKRUPTCY DEPT. ARLINGTON TX 76004 |
| BUSINESS MUSIC COMMUNICATIONS | 8450 PRODUCTION AVENUE SAN DIEGO CA |
| COMCAST | 1701 JFK BLVD ATTN: LEGAL DEPARTMENT PHILADELPHIA PA 19103 |
| COMED | CUSTOMER CARE CENTER P.O. BOX 805379 ATTN:  LEGAL DEPARTMENT CHICAGO IL 60680-5379 |
| DIRECT TV | P.O. BOX 60036 LEGAL DEPARTMENT – COMMERCIAL ACCOUNT LOS ANGELES CA 90060-0036 |
| GOLDEN GATE DISPOSAL | 900 7TH STREET SAN FRANCISCO CA |
| IESI | 766 QUEENSTOWN ATTN: KEITH SEVERN MD 21144 |
| INTEGRA TELECOM | 1201 NE LLOYD BLVD. SUITE 500 ATTN:  LEGAL DEPARTMENT PORTLAND OR 97232 |
| NATIONAL GRID | ATTN: ANN RAMER, LEGAL DEPT. 175 EAST OLD COUNTRY ROAD HICKSVILLE NY 11801 |
| ONE COMMUNICATIONS | 5 WALL STREET BURLINGTON MA 01803 |
| PEOPLES GAS | 130 E. RANDOLPH DR. ATTN: LEGAL DEPARTMENT CHICAGO IL 60601-6207 |
| PEPCO | 701 NINTH STREET NW ATTN: LEGAL DEPARTMENT WASHINGTON DC 20068 |
| PG&E CORPORATION | BANKRUPTCY UNIT P.O. BOX 8329 STOCKTON CA 95208 |
| PUGENT SOUND ENERGY | P.O. BOX 97034 ATTN: LEGAL DEPARTMENT BELLEVUE WA 98009-9734 |
| SEATTLE CITY LIGHT | 700 5TH AVENUE SUITE 3200 ATTN: LEGAL DEPARTMENT SEATTLE WA 98104-5031 |
| VEOLIA | ONE HONEY CREEK CORPORATE CENTER 125 SOUTH 84TH STREET, SUITE 200 MILWAUKEE WI 53214 |
| VERIZON | 140 WEST STREET LEGAL DEPARTMENT NEW YORK NY 10007 |
| WASHINGTON GAS | 6801 INDUSTRIAL ROAD ATTN: LEGAL DEPARTMENT SPRINGFIELD VA 22151 |

**Total Creditor count  19**

| Claim Name | Address Information |
|---|---|
| BC HYDRO | 333 DUNSMUIR STREET VANCOUVER BC V6B 5R3 CANADA |
| BELL CANADA | HEAD OFFICE 100-483 BAY STREET TORONTO ON M5G 2E1 CANADA |
| BFI CANADA | C/O PROGRESSIVE WASTE SOLUTIONS CORPORATE OFFICE 400 APPLEWOOD CRESCENT, 2ND FLOOR VAUGHAN ON L4K 0C3 CANADA |
| DIRECT ENERGY REGULATED SERVICES | PO BOX 2427 EDMONTON AB T5J 2V6 CANADA |
| ENBRIDGE GAS | C/O DIRECT ENERGY 2225 SHEPPARD AVE. EAST, SUITE 100 TORONTO ON M2J 5C2 CANADA |
| EPCOR | HEAD OFFICE 10065 JASPER AVENUE EDMONTON, AB T5J 3B1 CANADA |
| MTS COMMUNICATIONS, INC. | 333 MAIN STREET WINNIPEG MB R3C 3V6 CANADA |
| ROGERS BUSINESS SOLUTIONS | 333 BLOOR STREET EAST, 7TH FLOOR TORONTO ON M4W 1G9 CANADA |
| SHAW COMMUNICATIONS | 630 3RD AVENUE CALGARY AB T2P 4L4 CANADA |
| TELUS | 2700 - 4420 KINGSWAY BURNABY BC V5H 4N2 CANADA |
| TERASEN GAS | C/O FORTISBC ENERGY INC. 16705 FRASER HIGHWAY SURREY BC V4N 0E8 CANADA |
| TORONTO HYDRO | HEAD OFFICE 14 CARLTON STREET TORONTO ON M5B 1K5 CANADA |

**Total Creditor count  12**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| CITY OF CHICAGO | DIVISION OF REVENUE TAX DIVISION 121 NORTH LASALLE ST.,ROOM 107 CHICAGO IL 60602 |
| CITY OF CHICAGO LEGAL DEPARTMENT | ATTN:  ESTHER TRYBAN TELSER 30 NORTH LASALLE STREET ROOM 1400 CHICAGO IL 60602 |
| CITY OF SEATTLE | REVENUE AND CONSUMER PROTECTION 700 FIFTH AVE., SUITE 4250 SEATTLE WA 98124-4214 |
| CITY OF VANCOUVER | INSOLVENCY DEPARTMENT 453 WEST 12TH AVENUE VANCOUVER BC V5Y 1V4 CANADA |
| DEPARTMENT OF REVENUE | COMMONWEALTH OF MASSACHUSETTS ATTN:  BANKRUPTCY UNIT 100 CAMBRIDGE STREET, 7TH FLOOR BOSTON MA 02114 |
| JAMES R. THOMPSON CENTER-CONCOURSE LEVEL | ATTN:  BANKRUPTCY DEPARTMENT 100 WEST RANDOLPH STREET CHICAGO IL 60601-3274 |
| MANITOBA FINANCE, TAXATION DIVISION | 101-401 YORK AVENUE, WINNIPEG MB R3C 0P8 CANADA |
| OFFICE OF TAX AND REVENUE -WASHINGTON DC | INSOLVENCY DEPARTMENT 1101 4TH STREET, SW WASHINGTON DC 20024 |
| OFFICE OF THE CHIEF FINANCIAL OFFICER | 1350 PENNSYLVANIA AVENUE, NW, SUITE 203 WASHINGTON DC 20004 |
| PA DEPT OF REVENUE | BUREAU OF COMPLIANCE-BANKRUPTCY DIVISION 4TH AND WALNUT STREETS, 7TH FLOOR HARRISBURG PA 17128 |
| PHILADELPHIA REVENUE DEPARTMENT | 1401 JOHN F. KENNEDY BOULEVARD CONCOURSE LEVEL PHILADELPHIA PA 19102 |
| RECEIVER GENERAL | INSOLVENCY DEPARTMENT CANADA CUSTOMS AND REV AGENCY 875 HERON RD - TECH CENTRE OTTAWA ON K1A 1B1 CANADA |
| STATE BOARD OF EQUALIZATION | ATTN:  MIC; 55 450 N STREET SACRAMENTO CA 95814 |
| WASHINGTON STATE DEPARTMENT OF REVENUE | ATTN:  BANKRUPTCY UNIT 2101 4TH AVE SUITE 1400 SEATTLE WA 98121-2300 |
| WORKERS COMPENSATION BOARD | 150-4311 - 12 STREET NE CALGARY AB T2E 4P9 CANADA |
| WORKERS COMPENSATION BOARD, | 333 BROADWAY, WINNIPEG MB R3C 4W3 CANADA |
| WORKERS COMPENSATION BOARD,MAIN BUILDING | 6951 WESTMINSTER HIGHWAY RICHMOND, BC V6B 1J1 CANADA |
| WORKPLACE SAFETY AND INSURANCE BOARD, | 200 FRONT STREET WEST, TORONTO ON M5V 3J1 CANADA |

**Total Creditor count  18**

**EXHIBIT F**

Givex Corporation
400-366 Adelaide Street West
Unit 400
Toronto ON    M5V-1R9
Canada

**EXHIBIT G**

## *MSL Fax List*

| NAME | FAX |
| --- | --- |
| Washington DC Insolvency Dept | 202-442-6890 |
| Receiver General  M McDonald | 613-739-1147 |
| Illinois Insolvency Dept | 312-793-3841 |
| US Foodservice Legal Dept | 847-720-2345 |
| Optimum Mechanical Solutions Legal Dept | 613-228-9218 |
| GFS Canada Inc  Legal Dept | 908-864-3843 |
| Ogilvy Renault  Accounting Dept | 416-216-3930 |
| MA Dept of Revenue   M Jones | 617-626-3796 |
| Centinnial Food Service  Legal Dept | 604-270-6310 |
| Lynx Logistics Ltd  J Morgan | 709-576-6777 |
| CA Sales Tax State Brd of Equalization | 916-327-0615 |
| Wolf and Co PC  Accts Receivable | 617-542-0400 |
| Servicemaster Disaster  M Alexander | 780-420-1763 |
| Dalmares Produce Inc  Acct Dept | 312-829-3198 |
| Ocean Star Ltd  J Siva | 416-299-5699 |
| Philadelphia City Tax | 215-686-6534 |
| Oxford Properties Grp  O Trencevski | 780-441-4700 |
| DC One Assoc  J Walsh | 202-683-0144 |
| Russell Food Equipment Ltd  Legal Dept | 640-253-0807 |
| Holiday Inn on Bay Legal Dept | 619-232-4924 |
| Edward Don and Co  Credit Dept | 708-442-0436 |
| Joyce Grp Svcs Inc  Accounting | 604-420-5108 |
| Ecolab  Legal Dept | 651-293-2573 |
| Central Foods Co Ltd  Accounting | 604-271-8380 |
| Workplace Safety and Ins  Collections Br | 905-521-4203 |
| City of Vancouver  Insolvency Dept | 604-873-7051 |
| Cintas  Bankruptcy Dept | 847-883-8138 |
| Pepco  Bankruptcy Sect | 202-331-6378 |
| Toronto Hydro Electric System  Legal Dept | 416-542-3449 |
| Club Quarters  Legal Dept | 312-601-3300 |
| Office of US Trustee | 617-565-6368 |
| Latham Attn: Richard Levy | 403-260-3501 |
| Proskauer Rose Attn: Steven Mills | 617-526-9899 |
| Sysco San Diego | 877-338-6335 |
| Royal Bank Canada | 416-974-2024 |
| Toronto Dominion Bank | 207-761-9562 |

*Utilities-US Fax List*

| NAME | FAX |
|------|-----|
| Pugent Sound | 424-424-6722 |
| National Grid | 516-545-5029 |
| WASHINGTON GAS | 703-750-4858 |
| PEOPLES GAS | 312-240-3992 |
| PG&E CORPORATION | 209-955-7339 |
| SEATTLE CITY LIGHT | 206-684-8284 |
| PEPCO | 202-872-3281 |
| ALLIED WASTE | 781-289-9793 |
| VEOLIA | 414-479-7400 |
| GOLDEN GATE DISPOSAL | 415-330-2856 |
| IESI | 410-768-7107 |
| ONE COMMUNICATIONS | 781-362-1330 |
| COMCAST | 215-286-7790 |
| COMED | 630-576-8591 |
| INTEGRA TELECOM | 503-453-8881 |
| VERIZON | 212-571-1897 |
| AT&T | 888-826-0132 |
| BUSINESS MUSIC | 858-621-6055 |
| DIRECT TV | 800-933-4631 |

*Utilities-CAN Fax List*

| NAME | FAX |
| --- | --- |
| ROGERS BUSINESS SOLUTIONS | 416-935-3599 |
| ENBRIDGE GAS | 877-259-3513 |
| TORONTO HYDRO | 416-542-3449 |
| BELL CANADA | 888-249-6189 |
| SHAW COMMUNICATIONS | 403-750-7469 |
| MTS COMMUNICATIONS, INC. | 204-925-4291 |
| BC HYDRO | 604-528-3137 |
| TERASEN GAS | 604-443-6614 |
| TELUS | 604-454-5100 |
| EPCOR | 780-412-3192 |
| BFI CANADA | 905-532-7580 |
| DIRECT ENERGY REGULATED SERVICES | 877-420-3777 |

*Taxing Authorities Fax List*

| NAME | FAX |
|------|-----|
| Office of Tax Washington DC | 202-442-6890 |
| Manitoba Finance | 204-948-2087 |
| Workplace Safety | 888-313-7373 |
| Workers Compensation | 204-954-4999 |
| Workers Compensation Board | 604 244-6390 |
| Workers Compensation Board | 780-427-5863 |
| CITY OF VANCOUVER | 604-873-7051 |
| Pa Dept of Revenue | 717-783-4331 |
| Philadelphia Revenue Department | 215- 686-6635 |
| State Board of Equalization | 916-327-0615 |
| Washington State Department of Revenue | 206- 727-5319 |
| City of Seattle | 206-684-5170 |
| Department of Revenue | 617-626-3796 |
| James R. Thompson | 312- 793-3841 |
| City of Chicago | 312-742-3832 |
| City of Chicago Legal Department | 312-742-3832 |
| City of Chicago Legal Department | 312-742-3832 |

*Tax Authorities Supplemental Fax List*

| NAME | FAX |
|---|---|
| CA Sales Tax Attn: Bankrupty Team | 916-327-0615 |
| Washingston State Dept of Revenue | 206-727-5319 |
| City of Seattle Business License | 206-233-3789 |

## Banks Fax List

| NAME | FAX |
|------|-----|
| TD Bank Attn: Legal Dept | (215) 587-9501 |
| Wells Fargo Bank,N.A. | (503) 721-5380 |
| US Bank Attn: Legal Dept | (314) 416-2570 |
| Sovereign Bank Attn: Legal Dept | (648) 7573483 |
| Bank of America, N.A. Attn: Legal Dept | (704) 386-6699 |
| Bank of America, N.A. Attn: Legal Dept | (704) 386-6699 |
| Bank of America, N.A. Attn: Legal Dept | (704) 386-6699 |
| Capital One  Attn: Legal Dept | (202) 296-7604 |
| Capitol One Attn: Legal Dept | (202) 467-4684 |
| Wells Fargo Bank,N.A.  Attn: Legal Dept | (213) 614-3029 |
| Wells Fargo, N.A. (300) Attn: Legal Dept | (612) 667-9825 |
| Bloomington Business Banking Attn: Legal Dept | (612) 667-2721 |
| Royal Bank of Canada Attn: Legal Dept | (888) 348-3146 |

*Customer Program  Fax List*

| NAME | FAX |
|------|-----|
| Givex Corp | 416-350-9661 |