**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **ELEPHANT & CASTLE GROUP, INC.** | ) | |
| **ET AL.,** | ) | **Chapter 11** |
| | ) | **Case No. 11-16155-HJB** |
| **Debtors.** | ) | **(Jointly Administered)** |

### APPOINTMENT OF AN OFFICIAL COMMITTEE
### OF UNSECURED CREDITORS

Pursuant to 28 U.S.C. § 586(a)(3), 11 U.S.C. § 1102 and Fed. R. Bankr. P. 2007, the United States Trustee appoints the following holders of unsecured claims to the Official Committee of Unsecured Creditors in the above-referenced case:

1. GFS Canada Company, Inc.
   Attn: Aaron Mockridge
   420 50th Street SW
   Grand Rapids, MI  49501
   Tel: (800) 905-3017
   Fax: (616) 717-9183
   E-mail: aaron.mockridge@gfs.com

   Repr. By
   Joe Sgroi, Esq.
   Hanigman, Miller, Schwartz & Cohn
   660 Woodward Ave.
   Detriot, MI  48226
   Tel: (313) 465-7000
   Fax: (313) 465-8000
   Email: jsgroi@honigman.com

2. U.S. Foodservice, Inc.[1]
   Attn: Dorothy Capers, Esq.
   9399 W. Higgins Rd., Suite 600
   Rosemont, IL  60018
   Tel:  (847) 720-2376
   Fax:  (480) 293-2688
   E-mail:  Dorothy.capers@usfood.com

---

[1]  Interim Chairperson

<u>Repr. By</u>
Jeffrey Hampton, Esq.
Saul Ewing LLP
1500 Market Street, 28th Floor
Philadelphia, PA  19102
Tel: (215) 972-7118
Fax: (215) 982-1848
Email: jhampton@saul.com

3. Club Quarters
Attn: Charles Kacherski, Esq.
49 West 45th Street, 8th Floor
New York, NY  10036
Tel:  (646) 223-3223
Fax: (212) 944-9374
E-mail:  ckacherski@masertworksdev.com

                Respectfully submitted,

                WILLIAM K. HARRINGTON,

                United States Trustee

By: */s/ Jennifer L. Hertz*
     Jennifer L. Hertz BBO#645081
     United States Department of Justice
     John W. McCormack Post Office and Courthouse
     5 Post Office Square, Suite 1000
     Boston, MA 02109
     PHONE:       (617) 788-0412
     FAX:         (617) 565-6368
     Jennifer.L.Hertz@usdoj.gov

Dated: July 12, 2011

## **CERTIFICATE OF SERVICE**

      I certify that on July 12, 2011, true and correct copies of the foregoing appointment were served by CM/ECF upon those individuals who have filed CM/ECF notices of appearance in the Court's CM/ECF database and the persons listed above and below.

      Respectfully submitted,

      WILLIAM K. HARRINGTON,

      United States Trustee

By:   */s/ Jennifer L. Hertz*
      Jennifer L. Hertz BBO#645081
      United States Department of Justice
      John W. McCormack Post Office and Courthouse
      5 Post Office Square, Suite 1000
      Boston, MA 02109
      PHONE:   (617) 788-0412
      FAX:   (617) 565-6368
      Jennifer.L.Hertz@usdoj.gov

**Via ECF**

Peter J. Antoszyk on behalf of Creditor Fifth Street Capital Corp.
pantoszyk@proskauer.com, mwolf@proskauer.com;cslattery@proskauer.com

John G. Loughnane on behalf of Debtor E & C Capital, LLC
jloughnane@eckertseamans.com

**Via First Class Mail**

William W. Huckins on behalf of Creditor BHR Operations, LLC
Allen Matkins Leck Gamble Mallory
Three Embarcadero Center
12th Floor
San Francisco, CA 94111