UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| MASSACHUSETTS ELEPHANT & CASTLE GROUP, INC., et al., | ) ) ) | Case No. 11-16155 HJB |
|  | ) | Jointly Administered |
| Debtors. | ) ) |  |

## MOTION TO APPEAR TELEPHONICALLY

Richard Levy and James Ktsanes of Latham & Watkins, LLP, counsel for GE Canada Equipment Financing G.P., request authorization to appear telephonically at the hearings scheduled for August 1, 2011 at 9:30 a.m. on the following motions: (1) Debtor's Motion for Use of Cash Collateral, Granting Adequate Protection; Scheduling A Final Hearing Pursuant To Bankruptcy Rule 4001; And, Granting Related Relief; (2) Debtor's Motion For Entry Of Order Granting (i) Authority To Continue To Use Certain Pre-Petition Bank Accounts, Check Stock And Existing Business Forms, And (ii) Waiver Of Compliance With Bankruptcy Code Section 345(B) Investment; (3) Application of the Debtors for an Order Authorizing the Retention and Employment Of Heenan Blaikie LLP as Canadian Counsel to the Debtors Nunc Pro Tunc to the Commencement Date; and (4) Application filed by Debtor Massachusetts Elephant & Castle Group, Inc. to Employ The Rose Group, APLC as Special Counsel.

        GE CANADA EQUIPMENT FINANCING G.P.

        By its attorneys,

        /s/ Charles J. Domestico
        Charles J. Domestico
        BBO No. 128390
        cdomestico@dlandm.com
        Vincent M. Domestico
        BBO No. 655253
        vdomestico@dlandm.com
        DOMESTICO, LANE & McNAMARA, LLP
        The Meadows
        161 Worcester Road
        Framingham, MA 01701
        (508) 626-9000

-and-

        LATHAM & WATKINS LLP
        By: /s/ James Ktsanes
        James Ktsanes (IL Bar No. 6293172)
        233 S. Wacker Drive
        Suite 5800
        Chicago, Illinois 60606
        Telephone: (312) 876-7700
        Facsimile: (312) 993-9767
        E:mail:richard.levy@lw.com
            james.ktsanes@lw.com

Dated: July 28, 2011

## CERTIFICATE OF SERVICE

I, Charles J. Domestico, do hereby certify that on July 28, 2011 electronically filed with the Clerk of the Bankruptcy Court: Motion to Appear Telephonically and served same in the following manner upon the interested parties:

E-Mail Service: via the Court's CM/ECF system which sent notification of such filing to the following:

- Peter J. Antoszyk pantoszyk@proskauer.com, mwolf@proskauer.com;cslattery@proskauer.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Jennifer L. Hertz    Jennifer.L.Hertz@usdoj.gov
- John G. Loughnane    jloughnane@eckertseamans.com, msally@eckertseamans.com
- Christine D. Lynch    clynch@goulstonstorrs.com

Mail Service: via first-class mail, postage pre-paid, addressed to:

- Dorothy Capers
  U.S. Food Service, Inc.
  9399 W. Higgins Rd.
  Suite 600
  Rosemont, IL 60018

- William W. Huckins
  Allen Matkins Leck Gamble Mallory
  Three Embarcadero Center
  12th Floor
  San Francisco, CA 94111

- U.S. Foodservice, Inc.
  c/o Saul Ewing LLP
  Centre Square West
  1500 Market Street, 38th Floor
  Philadelphia, PA 19102

/s/ Charles J. Domestico
Charles J. Domestico